IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-00113-FL

CHERI Y. JOHNSON          )
          Plaintiff,      )          O R D E R
                          )
     v.                   )
                          )
CAROLYN W. COLVIN,        )
Acting Commissioner of    )
Social Security,          )
                          )
          Defendant.      )


          Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing

the Commissioner's decision with remand in Social Security actions under sentence four of

section 205(g) and 1631(c)(3) of the Social Security Act, 42 U.S.C.  § 405(g) and § 1383(c)(3),

and in light of the government's request to remand this action for further administrative

proceedings, the Court hereby reverses the Commissioner's decision under sentence four of 42

U.S.C. § 405(g) and § 1383(c)(3) with a remand of the cause to the Commissioner for further

proceedings.  See Melkonyan v. Sullivan, 501 U.S. 89, 111 S. Ct. 2157, 115 L. Ed.2d 78 (1991)

and Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625, 125 L. Ed.2d 293 (1993).

          The clerk of the court will enter a separate judgment pursuant to Rule 58 of the Federal

Rules of Civil Procedure.

          SO ORDERED this 20th day of September, 2016.


_____
LOUISE W. FLANAGAN
United States District Judge