UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CHERI Y. JOHNSON, )
 )
       Plaintiff, )
 )
v. ) **JUDGMENT**
 )
 ) No. 5:16-CV-113-FL
 )
CAROLYN W. COLVIN, )
Acting Commissioner of Social Security, )
 )
       Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 20, 2016, that defendant's motion to remand is granted and the Commissioner's decision is reversed. This matter is remanded to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

**This Judgment Filed and Entered on September 20, 2016, and Copies To:**

Vaughn Stephen Clauson (via CM/ECF Notice of Electronic Filing)
Wanda D. Mason (via CM/ECF Notice of Electronic Filing)

September 20, 2016                    JULIE RICHARDS JOHNSTON, CLERK
                                           /s/ Christa N. Baker
                                           (By) Christa N. Baker, Deputy Clerk